UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
ENDURANCE SERVICES LIMITED, et al.,    :
                 Plaintiffs,    :
:         21 Civ. 7852 (LGS)
-against-    :
:         ORDER
WESTFIELD INSURANCE COMPANY, et al.,    :
                 Defendants.    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on October 28, 2021, to discuss Plaintiffs' request to expedite discovery in this case, among other issues. It is hereby

      **ORDERED** that no later than **November 4, 2021**, the parties shall meet and confer to discuss the scope of discovery, interim discovery deadlines, and the priority of discovery in the parties' productions. It is further

      **ORDERED** that the parties shall file a joint letter no letter than **November 4, 2021**, providing proposed interim discovery deadlines, including the categories of documents to be prioritized in the parties' productions. If the parties are unable to reach an agreement on particular issues, the letter shall state their respective positions.

Dated: October 28, 2021
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                           **UNITED STATES DISTRICT JUDGE**